UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:13-00065 |
| | ) | JUDGE SHARP |
| LOREN ELIZABETH VINETT [6] | ) | |

## O R D E R

Pending before the Court is Defendant's SEALED MOTION (Docket No. 182) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for August 11, 2014, is hereby rescheduled for Friday, October 24, 2014, at 10:30 a.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE