UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CASE NO. 3:13-00065 |
| ) | JUDGE SHARP |
| LOREN ELIZABETH VINETT [6]   ) | |

**O R D E R**

Due to a calendar conflict, the sentencing hearing scheduled for October 24, 2014, is hereby rescheduled for Wednesday, October 29, 2014, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE