UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00065 |
| ) | JUDGE SHARP |
| LOREN ELIZABETH VINETT [6] ) | |

**O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 199).

The motion is GRANTED and the hearing set for October 29, 2014, is hereby rescheduled for Friday, January 30, 2015, at 1:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT